COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

| | |
|---|---|
| Appellate case name: | *In re CHRISTUS Health Gulf Coast (As an Entity, d/b/a CHRISTUS St. Catherine Hospital, and Formerly d/b/a CHRISTUS St. Joseph Hospital)*, Relator |
| Appellate case number: | 01-12-00667-CV |
| Trial court case number: | 2005-36179 |
| Trial court: | 165th District Court, Harris County, Texas. |

On July 24, 2012, relator filed a petition for writ of injunction/prohibition in the above-captioned case and an emergency motion for temporary relief seeking to prohibit Linda Carswell, Jordan Carswell, Justin Carswell, any other member of the Carswell family, and any representative of the Carswell family (collectively, "the Carswells") from obtaining possession and disposing of heart tissue samples ("the samples") from Jerry Carswell, deceased, and seeking to prohibit SJ Medical Center, LLC, any representative of SJ Medical Center, LLC, and any future custodian of the samples (collectively, "SJ Medical Center") from releasing the samples to the Carswells until thirty days after this Court finally disposes of relator's petition for writ of injunction/prohibition.

We GRANT relator's emergency motion for temporary relief. We therefore (1) prohibit the Carswells from obtaining possession of and/or disposing of the samples and (2) prohibit SJ Medical Center from releasing possession of the samples to the Carswells until further order of this Court or thirty days after this Court finally disposes of relator's petition for writ of injunction/prohibition. *See* TEX. R. APP. P. 52.10(b) ("The court—on motion of any party or on its own initiative—may without notice grant any just relief pending the court's action on the petition.").

It is further ordered that the response of the respondents/real parties in interest, if any, to the petition for writ of injunction/prohibition filed July 24, 2012, is due **Monday, August 13, 2012.**

It is so ORDERED.

Judge's signature: /s/Evelyn V. Keyes
                            Acting individually

Date: July 25, 2012